Kathryn Tassinari
Robert Baron
kathrynt50@comcast.net
HARDER, WELLS, BARON & MANNING, P.C.
474 Willamette, Suite 200
Eugene, OR   97401
(541) 686-1969
Of Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| RANDY LEE FULLER, | ) |
| | ) Case No. 09-6223-JE |
| Plaintiff, | ) |
| | ) ORDER APPROVING PLAINTIFF'S |
| | ) MOTION FOR ATTORNEY FEES |
| vs. | ) PURSUANT TO 42 U.S.C. §406(b) |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

After considering Plaintiff's Motion for Attorney Fees, and counsel for Defendant having no objection, Order is hereby granted in the sum of $24,157.12 for attorney fees pursuant to 42 U.S.C. §406(b). The Commissioner shall deduct from $24,157.12 an administrative assessment under 42 USC §406(d) and pay Plaintiff's counsel the balance.

ORDER APPROVING MOTION FOR ATTORNEY FEES PURSUANT TO 42 U.S.C.§406(b)
- 1

In the event that the EAJA award is paid to Plaintiff's attorney, contrary to the notification from the Department of the Treasury, Plaintiff's counsel shall refund said amount to Plaintiff.

IT IS SO ORDERED this 14th day of November, 2011.

/s/ John Jelderks
Magistrate Judge

PRESENTED BY:
s/ Kathryn Tassinari
Of Attorneys for Plaintiff

ORDER APPROVING MOTION FOR ATTORNEY FEES PURSUANT TO 42 U.S.C.§406(b) - 2